09-12-'12 14:07 FROM-F,Y,K&G L.L.C        12017915659           T-922  P0003/0005 F-242

Aronauer, Re & Yudell, LLP
A New York limited liability partnership
9-10 Saddle River Road
Fair Lawn, NJ 07410
(201) 796-5900
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------x
                                    :
IDT CORPORATION and                 :
BROAD-ATLANTIC ASSOCIATES, LLC,     :
                                       No. 2:12-cv-05589-ES-CLW
            Plaintiffs,             :

        v.                          :

BANK OF AMERICA, N.A., AS TRUSTEE AND   **STIPULATION**
NOTEHOLDER FOR THE REGISTERED HOLDERS : **SUBSTITUTING**
OF PRUDENTIAL SECURITIES SECURED        **DEFENDANT AND**
FINANCING CORPORATION, COMMERCIAL     : **AMENDING CAPTION**
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2001-C1,                     :

            Defendant.              :
                                    :
------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their undersigned counsel, that U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee and Noteholder for the registered holders of Prudential Securities Secured Financing Corporation, Commercial Mortgage Pass-Through Certificates, Series 2001-C1, is

1

2745025.1

hereby substituted as the defendant, and the caption of this proceeding is amended to read as follows:

>IDT CORPORATION and
>BROAD-ATLANTIC ASSOCIATES, LLC,
>
>>Plaintiffs,
>
>>v.
>
>U.S. BANK NATIONAL ASSOCIATION, as
>Trustee, as successor-in-interest to
>Bank of America, N.A., as Trustee
>and Noteholder for the registered
>holders of Prudential Securities
>Secured Financing Corporation,
>Commercial Mortgage Pass-Through
>Certificates, Series 2001-C1,
>
>>Defendant.

Dated:   Newark, New Jersey
         September 12, 2012

BOIES, SCHILLER & FLEXNER LLP                ARONAUER, RE & YUDELL, LLP

By: _____                 By: _____
    Roseanne C. Baxter                           R. Christopher Owens, an
    333 Main Street                              Associate of the Firm
    Armonk, NY 10504                             9-10 Saddle River Road
    (914) 749-8200                               Fair Lawn, NJ 07410
                                                 (201) 796-5900
    Attorneys for Plaintiff
    IDT Corporation                              Attorneys for Defendant
                                                 Bank of America, N.A., as
                                                 Trustee, and for U.S. Bank
                                                 National Association, as
                                                 Successor Trustee

hereby substituted as the defendant, and the caption of this proceeding is amended to read as follows:

        IDT CORPORATION and
        BROAD-ATLANTIC ASSOCIATES, LLC,

                Plaintiffs,

            v.

        U.S. BANK NATIONAL ASSOCIATION, as
        Trustee, as successor-in-interest to
        Bank of America, N.A., as Trustee
        and Noteholder for the registered
        holders of Prudential Securities
        Secured Financing Corporation,
        Commercial Mortgage Pass-Through
        Certificates, Series 2001-C1,

                Defendant.

Dated:    Newark, New Jersey
           September __, 2012

| BOIES, SCHILLER & FLEXNER LLP | ARONAUER, RE & YUDELL, LLP |
|---|---|
| By: _/s/ Rosanne C. Baxter_<br>Rosanne C. Baxter<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200 | By: _____<br>R. Christopher Owens, an<br>Associate of the Firm<br>9-10 Saddle River Road<br>Fair Lawn, NJ 07410<br>(201) 796-5900 |
| Attorneys for Plaintiff<br>IDT Corporation | Attorneys for Defendant<br>Bank of America, N.A., as<br>Trustee, and for U.S. Bank<br>National Association, as<br>Successor Trustee |

2745025.1

BERTONE PICCINI

By: _____
Grace Bertone
777 Terrace Avenue, Suite 201
Hasbrouck Heights, NJ 07604
(201) 483-9333

Attorneys for Plaintiff
Broad-Atlantic Associates,
LLC

SO ORDERED.

Dated:    Newark, New Jersey
        September 26, 2012

_____
Esther Salas, U.S.D.J.

3